**PERRY CAPITAL LLC, for and on Behalf of Investment Funds for which it Acts as Investment Manager, Appellant**

v.

**Steven T. MNUCHIN, in His Official Capacity as the Secretary of the Department of the Treasury, et al., Appellees**

**No. 14-5243**
**Consolidated with 14-5254**
**14-5260**
**14-5262**
**September Term, 2016**

United States Court of Appeals, District of Columbia Circuit.

Filed On: February 21, 2017

Douglas R. Cox, Esquire, Matthew D. McGill, Theodore B. Olson, Gibson, Dunn & Crutcher LLP, Washington, DC, for Plaintiff-Appellant

Mark B. Stern, Alisa B. Klein, Gerard Joseph Sinzdak, Attorneys, Abby Christine Wright, U.S. Department of Justice, (DOJ) Civil Division, Appellate Staff, Washington, DC, for Defendants-Appellees Steven T. Mnuchin, United States Department of the Treasury

David B. Bergman, Howard Neil Cayne, Ian S. Hoffman, Michael A.F. Johnson, Dirk Phillips, Arnold & Porter Kaye Scholer LLP, Washington, DC, for Defendants-Appellees Melvin L. Watt, Federal Housing Finance Agency

Pierre H. Bergeron, Attorney, Squire Patton Boggs (US) LLP, Cincinnati, OH, for Amicus Curiae National Black Chamber of Commerce

Thomas Ryan McCarthy, Attorney, Consovoy McCarthy PLLC, Arlington, VA, for Amicus Curiae for Appellant Timothy Howard

Dennis Michael Kelleher, Counsel, Better Markets, Inc., Washington, DC, for Amicus Curiae for Appellee Better Markets, Inc.

Robert John Rhatigan, Attorney, Steven Gill Bradbury, Robert H. Ledig, Thomas P. Vartanian, Dechert, LLP, Washington, DC, for Amici Curiae for Appellants Independent Community Bankers of America, Association of Mortgage Investors, William M. Isaac, Robert H. Hartheimer

Jerome A. Madden, Esquire, Federal Deposit Insurance Corporation, (FDIC) Legal Division, Arlington, VA, for Amicus Curiae for Appellee Federal Deposit Insurance Corporation

Jerrold Ganzfried, Holland & Knight LLP, Washington, DC, for Amicus Curiae for Appellant 60 Plus Association, Inc.

Myron Thomas Steele, Attorney, Potter Anderson & Corroon LLP, Dover, DE, for Amicus Curiae for Appellant Center for Individual Freedom

Michael Hugh Krimminger, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC, for Amicus Curiae for Appellant Investors Unite

Gregory P.N. Joseph, Joseph Hage Aaronson LLC, New York, NY, for Amici Curiae for Appellants Louise Rafter, Josephine Rattien, Stephen Pattien, Pershing Square Capital Management, LP

Before: Brown and Millett, Circuit Judges, and Ginsburg, Senior Circuit Judge

## JUDGMENT

Opinion for the court filed by Circuit Judge Millett and Senior Circuit Judge Ginsburg.

Dissenting opinion filed by Circuit Judge Brown.

Per Curiam

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court be affirmed in part and the claims be remanded in part, in accordance with the opinion of the court filed herein this date.